ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ISRAEL CAVAZOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISRAEL CAVAZOS, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 1:07-CR-00192-AWI <br><br> **STIPULATION TO MODIFY** <br> **CONDITIONS OF PRETRIAL RELEASE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the conditions of release set by the court for defendant Israel Cavazos in the instant action be modified to vacate the condition requiring Mr. Cavazos to seek and maintain gainful employment.

This modification of the conditions of release are not opposed by Mr. Cavazos' Pretrial Services officer.

All other terms and conditions of Mr. Cavazos' pretrial release will remain in full force and effect.

DATED: June 10, 2008         /s/ Kathleen Servatius __
                             KATHLEEN SERVATIUS
                             Assistant United States Attorney
                             **This was agreed to by Ms. Servatius**
                             **in person on June 10, 2008**

DATED: June 10, 2008         /s/ Roger K. Litman __
                             ROGER K. LITMAN
                             Attorney for Defendant
                             ISRAEL CAVAZOS

1

IT IS SO ORDERED.

**Dated:    June 13, 2008**              /s/ Anthony W. Ishii
                                 UNITED STATES DISTRICT JUDGE