ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ISRAEL CAVAZOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00192-AWI |
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| ISRAEL CAVAZOS, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree with the agreement of the Pretrial Services Officer, that the conditions of release set by the court for defendant Israel Cavazos in the instant action be modified to delete the condition that Mr. Cavazos participate in substance abuse counseling.

All other terms and conditions of Mr. Cavazos' pretrial release will remain in full force and effect.

DATED: April 17, 2009      /s/ Kathleen Servatius _____
                           KAREN ESCOBAR
                           Assistant United States Attorney
                           **This was agreed to by Ms. Escobar**
                           **via telephone on April 16, 2009**


DATED: April 17, 2009      /s/ Roger K. Litman _____
                           ROGER K. LITMAN
                           Attorney for Defendant
                           ISRAEL CAVAZOS

1

SO ORDERED:

DATED:  April 20, 2009          /s/ Gary S. Austin
                                GARY S. AUSTIN
                                U.S. MAGISTRATE JUDGE