ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ISRAEL CAVAZOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:07-CR-00192-AWI |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING AND RELATED DEADLINES** |
| ISRAEL CAVAZOS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing for defendant Israel Cavazos, presently calendared for April 18, 2011, be continued until May 2, 2011 at 9:00 a.m., in the courtroom of the Hon. Anthony W. Ishii, United States District Court Judge.

The continuance is appropriate as the schedule of related deadlines, as presently set, would result in the draft PSR being available to defense counsel shortly after defense counsel leaves on a prepaid vacation.

The continued sentencing date would result in the following revision of deadlines related to the rescheduled sentencing hearing:

| | |
|---|---|
| Report Available to Defense Counsel: | 03.28.2011 |
| Objections Due to Probation & AUSA: | 04.11.2011 |
| Objections Filed With Court and Served on USPO and AUSA | 04.25.2011 |

///

///

1

1    The parties also agree that any delay resulting from this continuance shall

2  be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).

3

4  DATED:  February 2, 2011         /s/ Kathleen Servatius
                                    KATHLEEN SERVATIUS
5                                   Assistant United States Attorney
                                    **This was agreed to by Kathy Servatius**
6                                   **via email on February 2, 2011**

7
   DATED:  February 2, 2011         /s/ Roger K. Litman
8                                   ROGER K. LITMAN
                                    Attorney for Defendant
9                                   ISRAEL CAVAZOS

10

11

12                                        **ORDER**

13  IT IS SO ORDERED.

14  Dated:    February 3, 2011

15                                  _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2