ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ISRAEL CAVAZOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISRAEL CAVAZOS, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 1:07-CR-00192-AWI <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING AND RELATED DEADLINES** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing for defendant Israel Cavazos, presently calendared for May 2, 2011, be continued until May 9, 2011 at 9:00 a.m., in the courtroom of the Hon. Anthony W. Ishii, United States District Court Judge.

The continued sentencing date would result in the following revision of deadlines related to the rescheduled sentencing hearing:

    Objections Due to Probation & AUSA:    04.18.2011

    Objections Filed With Court and Served
       on USPO and AUSA    05.02.2011

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).

DATED: April 8, 2011       /s/ Kathleen Servatius
                                    KATHLEEN SERVATIUS
                                    Assistant United States Attorney
                                    **This was agreed to by Kathy Servatius in person on April 8, 2011**

1

DATED:  April 8, 2011          /s/ Roger K. Litman
                               ROGER K. LITMAN
                               Attorney for Defendant
                               ISRAEL CAVAZOS


**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:   April 11, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

2