ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ISRAEL CAVAZOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ISRAEL CAVAZOS,<br><br>    Defendant.<br>_____ | CASE NO.  1:07-CR-00192-AWI<br><br>**STIPULATION AND ORDER FOR AMENDMENT OF JUDGMENT** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the court, in its discretion, may amend the sentence imposed by the court on May 9, 2011, and set forth in the written judgment and commitment signed by the court on May 12, 2011, to add the recommendation of the court that defendant Isarael Cavazos be permitted to participate in the Bureau of Prisons' 500 hour Residential Drug Abuse Program at FCI Lompoc, Lompoc, California.

///
///
///
///
///
///

1

This stipulation is submitted to the court in response to the post sentencing request to defense counsel made by Mr. Cavazos on May 13, 2011.

DATED: May 16, 2011          /s/ Kathleen Servatius
                             KATHLEEN SERVATIUS
                             Assistant United States Attorney
                             **This was agreed to by Ms. Servatius via email on May 16, 2011**

DATED: May 16, 2011          /s/ Roger K. Litman
                             ROGER K. LITMAN
                             Attorney for Defendant
                             ISRAEL CAVAZOS

ORDER

IT IS SO ORDERED.

Dated:   May 17, 2011
                             _____
                             CHIEF UNITED STATES DISTRICT JUDGE

2